```
 1 │ JOHN S. GORDON
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ GARY PLESSMAN
 4 │ Assistant United States Attorney
   │ Chief, Civil Fraud Section
 5 │ SUSAN R. HERSHMAN
   │ Assistant United States Attorney
 6 │ Deputy Chief, Civil Fraud Section
   │ HONG S. DEA, State Bar No. 56853
 7 │ Assistant United States Attorney
   │     300 North Los Angeles Street
 8 │     Federal Building, Room 7516
   │     Los Angeles, California 90012
 9 │     Telephone: (213) 894-2450
   │     Facsimile: (213) 894-2380
10 │
11 │ Attorneys for
   │ United States of America
12 │
   │              UNITED STATES DISTRICT COURT
13 │
   │             CENTRAL DISTRICT OF CALIFORNIA
14 │
   │                      WESTERN DIVISION
15 │ UNITED STATES OF AMERICA,     )  NO. 98-5707 ABC(AJWx)
   │ ex rel. MICHAEL McNALL,       )
16 │                               )  [PROPOSED] CONSENT
   │           Plaintiffs,         )  JUDGMENT AND ORDER OF
17 │                               )  DISMISSAL
   │      v.                       )
18 │                               )
   │ COVENANT CARE, INC., et al.,  )
19 │                               )
   │                               )
20 │           Defendants.         )
   │ _____)
21 │
22 │
   │      IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to the
23 │
   │ Stipulation For Entry of Consent Judgment and Order of Dismissal
24 │
   │ filed herein by plaintiff the United States of America, the
25 │
   │ Relator Michael McNall, and defendant Covenant Care, Inc.,
26 │
   │ through their respective counsel, and good cause appearing that:
27 │
   │      A.   Judgment is granted in favor of plaintiff the United
28 │
```

*09/14/01_consent judgment&order of dismissal*

States of America and against defendant Covenant Care, Inc., on the claim that defendant Covenant Care, Inc., engaged in the unlawful conduct set forth at Paragraph 11a of the Complaint in this action and further described as the Covered Conduct in the Settlement Agreement to this action, and thereby, violated 31 U.S.C. § 3729(a)(1) and (2), in the principal sum of $1,600,000 and post-judgment interest at the post-judgment interest rate set forth in 28 U.S.C. § 1961.

    B.   All other claims of unlawful conduct and all other defendants charged in the Complaint are dismissed with prejudice as to Relator Michael McNall and without prejudice as to the United States.

DATED: This _6_, day of ___Nov.___, 2001.

                                         _/s/ Audrey B. Collins_
                                       UNITED STATES DISTRICT JUDGE

Respectfully presented by:

**UNITED STATES OF AMERICA**

        JOHN S. GORDON
        United States Attorney
        LEON W. WEIDMAN
        Assistant United States Attorney
        Chief, Civil Division
        GARY PLESSMAN
        Assistant United States Attorney
        Chief, Civil Fraud Section
        SUSAN R. HERSHMAN
        Assistant United States Attorney
        Deputy Chief, Civil Fraud Section

DATED: Nov. 1, 2001          By: _/s/ Hong S. Dea_
        HONG S. DEA
        Assistant United States Attorney

        Attorneys for the
        United States of America


**RELATOR**

DATED: _____          By: _____
        LAWRENCE E. HELLER
        Heller & Edwards
        Attorneys for Relator
        Michael McNall


**DEFENDANT COVENANT CARE, INC.**

DATED: _____          By: _____
        JUDITH A. WALTZ
        Foley & Lardner
        Attorneys for
        Covenant Care, Inc.

Respectfully presented by:

**UNITED STATES OF AMERICA**

        JOHN S. GORDON
        United States Attorney
        LEON W. WEIDMAN
        Assistant United States Attorney
        Chief, Civil Division
        GARY PLESSMAN
        Assistant United States Attorney
        Chief, Civil Fraud Section
        SUSAN R. HERSHMAN
        Assistant United States Attorney
        Deputy Chief, Civil Fraud Section

DATED: _____ By: _____
        HONG S. DEA
        Assistant United States Attorney

        Attorneys for the
        United States of America

**RELATOR**

DATED: 10/19/01 By: _/s/ L. Heller_
        LAWRENCE E. HELLER
        Heller & Edwards
        Attorneys for Relator
        Michael McNall

**DEFENDANT COVENANT CARE, INC.**

DATED: _____ By: _____
        JUDITH A. WALTZ
        Foley & Lardner
        Attorneys for
        Covenant Care, Inc.

Respectfully presented by:

**UNITED STATES OF AMERICA**

        JOHN S. GORDON
        United States Attorney
        LEON W. WEIDMAN
        Assistant United States Attorney
        Chief, Civil Division
        GARY PLESSMAN
        Assistant United States Attorney
        Chief, Civil Fraud Section
        SUSAN R. HERSHMAN
        Assistant United States Attorney
        Deputy Chief, Civil Fraud Section

DATED: _____ By: _____
                                     HONG S. DEA
                                     Assistant United States Attorney

                                     Attorneys for the
                                     United States of America


**RELATOR**

DATED: _____ By: _____
                                     LAWRENCE E. HELLER
                                     Heller & Edwards
                                     Attorneys for Relator
                                     Michael McNall


**DEFENDANT COVENANT CARE, INC.**

DATED: Oct. 30, 2001 By: _/s/ Judith Waltz_____
                                     JUDITH A. WALTZ
                                     Foley & Lardner
                                     Attorneys for
                                     Covenant Care, Inc.

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 5, 2001, I served **[PROPOSED] CONSENT JUDGMENT AND ORDER OF DISMISSAL** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 5, 2001. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

Lawrence E. Heller, Esq.  
Law Offices of Heller & Edwards  
9454 Wilshire Blvd., Suite 500  
Beverly Hills, CA 90212-2982

Judith A. Waltz, Esq.  
Foley & Lardner  
One Maritime Plaza, Sixth Floor  
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 5, 2001 at Los Angeles, California.

ZENAIDA A. ROSACIA